**Vladislav Steven ZUBKIS,**
**Plaintiff–Appellant,**

v.

**C. Bruce SHASKY; Kindra L. Willey; Steve Fleming; Lois Fleming; Bret Hall; Sarah Hall; Bill Wiemer; Cyndy Wiemer, Defendants–Appellees.**

No. 99–56533.

D.C. No. CV–99–1166–JNK(CGA).

United States Court of Appeals, Ninth Circuit.

Submitted March 12, 2001 [1].

Decided March 22, 2001.

---

able for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Lauderdale's request for oral argument is denied.

**1.** The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before WALLACE, SILVERMAN, and W. FLETCHER, Circuit Judges.

## MEMORANDUM [2]

 Vladislav Steven Zubkis appeals pro se the district court's order dismissing his action for lack of jurisdiction. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo a dismissal for lack of subject matter jurisdiction. *See Crum v. Circus Circus Enters.*, 231 F.3d 1129, 1130 (9th Cir.2000). We affirm.

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

We construe the district court's August 23, 1999, order as a dismissal, with prejudice, of the entire case. *See* Order at 5 ("Hence, the instant case is dismissed with prejudice.").

We conclude that the district court properly found no federal question jurisdiction under 28 U.S.C. § 1331 and that plaintiff failed to allege diversity of citizenship under 28 U.S.C. § 1332.

AFFIRMED.

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.